UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs,<br><br>v.<br><br>PARK SILVERADA CONDOMINIUMS OWNERS ASSOCIATION,<br><br>Defendant. | Case No. 3:17-cv-00210-MMD-VPC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiffs, Ditech Financial LLC and Federal National Mortgage Association, have drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 10th day of April 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE