**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**DANIEL B. CANTOR, ESQ.**
Nevada Bar No. 14180
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com
dbcantor@wolfewyman.com

Attorneys for Plaintiffs
DITECH FINANCIAL LLC and
FEDERAL NATIONAL
MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs,<br><br>v.<br><br>PARK SILVERADA CONDOMINIUMS OWNERS ASSOCIATION,<br><br>Defendant. | CASE NO. 3:17-cv-00210-MMD-VPC<br><br>**STIPULATION AND ORDER TO RESCIND HOA FORECLOSURE AND FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, DITECH FINANCIAL LLC, f/k/a GREEN TREE SERVICING LLC ("DITECH"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE" or "FNMA"), by and through their counsel of record, Daniela Madrid, Esq., of the law firm Wolfe & Wyman LLP, and Defendant PARK

1

3052222.1

SILVERADA CONDOMINIUMS OWNERS ASSOCIATION (the "ASSOCIATION"), by and through its counsel of record, Karen Ayarbe, Esq. of the law firm Kern & Associates, Ltd., collectively referred to herein as the "Parties" hereby stipulate and agree as follows:

WHEREAS, this matter relates to real property located at 2000 Silverada Blvd., Unit 723, Reno, Nevada 89512 APN 026-772-27 (the "Property"). The Property is more specifically described as:

> Unit 723, Building 7, of MOSAIC CONDOMINIUMS, Tract Map No. 4573, filed in the office of the County Recorder of Washoe County, State of Nevada, on November 21, 2005 as File No. 3311067, of Official Records..
>
> EXCEPTING THEREFROM all water rights whether decreed or permitted appurtenant to the real property described herein.

WHEREAS a Deed of Trust was recorded against the Property on May 15, 2007 as Document No. 3532342 in the Official Records of Washoe County, Nevada (the "Deed of Trust");

WHEREAS FANNIE MAE acquired ownership of the loan secured by the Deed of Trust in May 2007;

WHEREAS an Assignment of Deed of Trust to DITECH was recorded against the Property on April 24, 2015, as Document Number 4461869 in the Official Records of Washoe County, Nevada;

WHEREAS a Notice of Delinquent Assessment Lien was recorded against the Property by Fuller Jenkins Clarkson on behalf of the Association on June 4, 2013, as Document Number 4243775 in the Official Records of Washoe County, Nevada (the "Notice of Lien");

WHEREAS a Notice of Default and Election to Sell was recorded against the Property by Fuller Jenkins Clarkson on behalf of the Association on July 16, 2013, as Document Number 4258258 in the Official Records of Washoe County, Nevada (the "Notice of Default");

3052222.1

WHEREAS a Notice of Trustee/Foreclosure Sale was recorded against the Property by The Clarkson Law Group, P.C. on behalf of the Association on May 2, 2014 as Document Number 4351559 in the Official Records of Washoe County, Nevada (the "Notice of Sale");

WHEREAS on July 16, 2014, The Clarkson Law Group, P.C., on behalf of the Association recorded a Trustee's Deed Upon Sale against the Property as Document Number 4373954 in the Official Records of Washoe County, Nevada (the "HOA Foreclosure Deed"), reflecting that the Association acquired the Property by credit bid at a non-judicial foreclosure sale of the Property on May 29, 2014, for the sum of $10,523.92 (the "HOA Sale");

WHEREAS, on April 5, 2017, Ditech and FNMA initiated a lawsuit against the Association in the United States District Court, District of Nevada, Case No. 3:17-cv-00210-MMD-VPC, seeking, among other things, a determination of the effect of the HOA Sale on the Deed of Trust (the "LITIGATION");

WHEREAS the Parties have entered a settlement agreement in which they have settled all claims between DITECH and FANNIE MAE and as against the ASSOCIATION.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that the HOA Sale, including the Notice of Lien, Notice of Default and Notice of Sale (collectively, the "Foreclosure Notices") and the HOA Foreclosure Deed, shall be rescinded.

IT IS FURTHER STIPULATED AND AGREED that DITECH and/or FNMA shall record this STIPULATION and ORDER and such Rescission or Rescissions against the Property in the Official Records of Washoe County, Nevada, in accordance with the terms of the settlement agreement executed by the parties.

IT IS FURTHER STIPULATED AND AGREED that the parties acknowledge the validity of the Rescission or Rescissions.

IT IS FURTHER STIPULATED AND AGREED that the HOA Sale,

3052222.1

Foreclosure Notices and HOA Foreclosure Deed are void and of no force or effect.

IT IS FURTHER STIPULATED AND AGREED that the Deed of Trust remains a valid encumbrance against the Property.

IT IS FURTHER STIPULATED AND AGREED that the Notice of Lis Pendens, recorded on April 13, 2017, as instrument no.: 4695396 in the Official Records of Washoe County, Nevada is hereby released.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order resolves all claims and counterclaims in this case, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: June 26, 2018        WOLFE & WYMAN LLP


By: */s/Daniel B. Cantor*
    DANIEL B. CANTOR, ESQ.
    Nevada Bar No. 14180
    6757 Spencer Street
    Las Vegas, Nevada 89119
    **Attorneys for Plaintiffs**
    **Ditech Financial LLC and**
    **Federal National Mortgage Association**

DATED: June 26, 2018        KERN & ASSOCIATES LTD


By: */s/Karen M. Ayarbe*
    KAREN M. AYARBE, ESQ.
    Nevada Bar No. 3358
    5421 Kietzke Lane, Ste. 200
    Reno, Nevada 89511
    **Attorneys for Defendant**
    **Park Silverada Condominiums Owners Association**

3052222.1

## ORDER

By Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

IT IS HEREBY ORDERED that the HOA Sale, including the Notice of Lien, Notice of Default and Notice of Sale (collectively, the "Foreclosure Notices") and the HOA Foreclosure Deed, shall be rescinded.

IT IS FURTHER ORDERED that Plaintiffs may record this Stipulation and Order, and such Rescission or Rescissions against the Property in the Official Records of Washoe County, Nevada, in accordance with the terms of the settlement agreement executed by the parties.

IT IS FURTHER ORDERED, in accordance with the terms of the settlement agreement executed between the parties, that the HOA Sale, Foreclosure Notices and HOA Foreclosure Deed are void and of no force or effect.

IT IS FURTHER ORDERED that the Deed of Trust remains a valid encumbrance against the Property.

IT IS FURTHER ORDERED that this Stipulation and Order resolves all claims and counterclaims in this case, which is hereby DISMISSED with prejudice, each party to bear its own fees and costs.

IT IS FURTHER that the Notice of Lis Pendens, recorded on April 13, 2017, as instrument no.: 4695396 in the Official Records of Washoe County, Nevada is hereby released.

IT IS SO ORDERED

Dated this \_\_\_\_\_27th\_\_\_\_\_ day of \_\_\_\_\_June\_\_\_\_\_.

_____
UNITED STATES DISTRICT COURT JUDGE

5

3052222.1